No. 79–553. PARK WEST MANAGEMENT CORP. *v.* MITCHELL ET AL. Ct. App. N. Y. Certiorari denied.

No. 79–618. GOOD HOPE REFINERIES, INC. *v.* BENAVIDES ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–626. ANCARROW ET UX. *v.* CITY OF RICHMOND. C. A. 4th Cir. Certiorari denied.

No. 79–630. HUNT ET AL. *v.* COASTAL STATES GAS PRODUCING CO. ET AL. Sup. Ct. Tex. Certiorari denied.

No. 79–631. OKLAHOMA *v.* C. M. G. Ct. Crim. App. Okla. Certiorari denied.

No. 79–642. DOUGHERTY *v.* HAALAND. C. A. 3d Cir. Certiorari denied.

No. 79–689. GAGNE *v.* MEACHUM. C. A. 1st Cir. Certiorari denied.

No. 79–740. ARTHUR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–744. ALBERICO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–5039. JOINER *v.* YOUNGBLOOD ET AL. Sup. Ct. La. Certiorari denied.

No. 79–5268. GILLION *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 79–5308. GAERTNER *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.